NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.



SUPREME COURT OF GEORGIA
Case No. S24G1350

January 30, 2025

The Honorable Supreme Court met pursuant to adjournment.

The following order was passed:

## 4918 COVINGTON HWY, LLC v. DEKALB COUNTY TAX ASSESSORS.

On November 19, 2024, this Court granted Appellant 4918 Covington Hwy, LLC's petition for certiorari in this case. Appellant and Appellee DeKalb County Tax Assessors later filed a Consent Motion to Withdraw the Appeal due to settlement, but the settlement was contingent on the successful withdrawal of the appeal. On January 24, 2025, we issued an order construing the parties' motion as a motion by Appellant to withdraw its petition for certiorari and denying the motion as so construed. However, we informed the parties that if they reached a settlement not conditioned on further action of this Court, thus rendering the appeal moot, they could notify us of that development, and we would vacate the Court of Appeals' judgment below and dismiss the appeal.

The parties have now filed a Notice of Settlement Rendering the Appeal Moot, which states that the parties "have entered into a settlement not conditioned on further action of this Court." In accordance with our January 24, 2025 order, we hereby vacate the Court of Appeals' judgment below and dismiss this appeal as moot.

*All the Justices concur.*

**SUPREME COURT OF THE STATE OF GEORGIA**
Clerk's Office, Atlanta

I certify that the above is a true extract from the minutes of the Supreme Court of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Thrice S Barnes* , Clerk

2